Bruce S. Asay W. S. B. # 5 – 1739
Gregory B. Asay W.S.B. #5-7032
Associated Legal Group, LLC
1812 Pebrican Ave.
Cheyenne, WY 82001
(307) 632-2888
(307) 632-2828 (fax)
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MATTHEW ANDERSON,<br>     Plaintiffs,<br><br>     vs.<br><br>PLATTE COUNTY, a subdivision of Wyoming, PLATTE COUNTY SHERIFF'S OFFICE, WARD MCCONAHAY, DAVID RUSSELL and MALCOM ERVIN<br>     Defendants. | )<br>)<br>)   Docket No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SUMMONS

TO:   David Russell
      850 Maple Street
      Wheatland, WY 82201

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney, Greg B. Asay, Associated Legal Group, LLC, 1812 Pebrican Avenue, Cheyenne, WY 82001 Telephone: (307) 632-2888, Facsimile: (307) 632-2828, an Answer to the Complaint which is herewith served upon you, within twenty- one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this _____ day of January, 2025.

                                          CLERK OF THE COURT

               By:   _____
                     Deputy Clerk

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me. | DATE  02/21/2025 |
| NAME OF SERVER (PRINT) Stephen J. Miller | TITLE Private Server |

| Check one box below to indicate appropriate method of service |
|---|
| G  Served personally upon the defendant.  Place where served: _____ |
| G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. |
| G  Returned unexecuted: _____ |
| G  Returned unexecuted: _____ |
| ☒  Other (specify): c/o Stacey Keel at Platte County Sheriffs Office Admin Secretary at 850 Maple St, Wheatland, WY 82201 |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $233.00 Combined | SERVICES $120.00 Combined | TOTAL $353.80 Combined |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on  02/21/2025 Date |
| Signature of Server Stephen J. Miller |